Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00049-CV

____________

 

HTI MANAGEMENT CORPORATION d/b/a 

HUNTON SPECIALTY PRODUCTS, Appellant

 

V.

 

LETSOS COMPANY, Appellee

 



 

On Appeal from the
11th District Court 

Harris County,
Texas

Trial Court Cause
No. 2008-30803

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 8, 2008.  On
June 25, 2009, this court abated the appeal so that the parties could finalize
their settlement agreement.  On July 23, 2009, appellant filed a motion to
dismiss the appeal.  See Tex. R.
App. P. 42.1.  The motion is granted.

 








Accordingly, the appeal is ordered reinstated and dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Frost.